OFFICE OF DISCIPLINARY COUNSEL ET AL. *v.* GATWOOD.

[Cite as *Disciplinary Counsel v. Gatwood* (1997), 78 Ohio St.3d 304.]

(No. 96–2480—Submitted January 22, 1997—Decided April 30, 1997.)

*Geoffrey Stern*, Disciplinary Counsel, and *Sally Ann Steuk*, Assistant Disciplinary Counsel, for relator Office of Disciplinary Counsel.

*George Gernot III* and *W. David Arnold*, for relator Toledo Bar Association.

*David W. Gatwood, pro se.*

---

*Per Curiam.* Upon review of the record, we adopt the findings, conclusions, and recommendations of the board. Respondent is suspended indefinitely from the practice of law in Ohio. As a condition of any possible reinstatement to the practice of law, respondent must make restitution and must demonstrate that he is continuing his treatment for depression or that treatment is no longer necessary. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., not participating.